| U.S. Department of Justice<br>United States Marshals Service | FILED<br>JUL - 8 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>Henry Law Firm | COURT CASE NUMBER<br>3:20-mc-00584 |
|---|---|
| DEFENDANT<br>Adel Atalla | TYPE OF PROCESS<br>Bank Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 W. Broadway, Ste. 100, San Diego, CA 92101

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Alexander J. Kessler, Esq.<br>GRANT & KESSLER, APC<br>1331 India Street<br>San Diego, CA 92101 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 1<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

US Bank is open from 9:30 to 4pm Monday through Friday. US Bank's telephone number is 619-232-6213

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 619-233-7078
DATE: 06-15-2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/25/2020 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
CHRISTIAN GARCIA, BRANCH MANAGER

Date: 6/25/20   Time: 1:33 ☒ pm

Address (complete only different than shown above):
N/A

Signature of U.S. Marshal or Deputy
#3516

| Service Fee<br>$65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee<br>$8.50 | Total Charges<br>$65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS
6/29/20 - mailed copies to debtors.

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE