AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | LEVYING OFFICER *(Name and Address):* |
|---|---|
| Miles D. Grant, Esq. (SBN 89766)<br>Alexander J. Kessler, Esq. (SBN 2478240)<br>GRANT & KESSLER, APC<br>1331 India Street, San Diego, CA 92101<br>TELEPHONE NO: 619-233-7078    FAX NO.: 619-233-7036<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):* Plaintiff/Judgment Creditor Adel Atalla | U.S. Marshals Service<br>Attn: Civil Division<br>333 W. Broadway, Suite 100<br>San Diego, CA 92101<br><br>**FILED**<br>JUL 14 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY           DEPUTY |
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 333 W. Broadway, Suite 420<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Henry Law Firm<br>DEFENDANT/RESPONDENT: Adel Atalla | LEVYING OFFICER FILE NO.: |
| **MEMORANDUM OF GARNISHEE**<br>(Attachment–Enforcement of Judgment) | COURT CASE NO.:<br>3:20-mc-00584 |

| NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.<br><br>— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER — | This memorandum does *not* apply to garnishment of earnings. |
|---|---|

1.  a. Garnishee *(name):* ALAN VANDERHOFF dba VANDERHOFF LAW GROUP

    b. Address: 600 W. Broadway, Suite 1550, San Diego, CA 92101

2.  Judgment Creditor *(name):* HENRY LAW FIRM

3.  ☐ *(Check if applicable.)* The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4.  If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

    Garnishee is in possession of $5,000 received from Adel Atalla which is currently being held in a client trust account. Garnishee has a security interest in the funds which is senior to any interest held by the judgment creditor. Accordingly, the funds will not be turned over to the Marshal.

5.  **For writ of execution only.** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*(Continued on reverse)*

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>AT-167/EJ-152 (Revised July 1, 2013)      CEB | Essential Forms      ceb.com

**MEMORANDUM OF GARNISHEE**<br>(Attachment–Enforcement of Judgment)

Code Civ. Proc., §§ 488.610, 701.030

Henry

| | | AT-167/EJ-152 |
|---|---|---|
| SHORT TITLE:<br>HLF v. Atalla | LEVYING OFFICER FILE NO.: | CASE NUMBER:<br>3:20-mc-00584 |

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

### DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 12, 2020

Alan Vanderhoff
_(TYPE OR PRINT NAME)_

▶ _(SIGNATURE)_

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached:

AT-167/EJ-152 [Revised July 1, 2013]
CEB | Essential
ceb.com | Forms

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 2 of 2

Henry